# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Aaron Chance,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:05-cv-230-C

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2005 Order.

**Signed: December 20, 2005**

_____
Frank G. Johns, Clerk
United States District Court